FILED BY YR D.C.

Feb 22, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

Case 9:21-cr-80026-AMC Document 50 Entered on FLSD Docket 02/22/2021 Page 1 of 12
Case 3:21-mj-00415-LL Document 20 Filed 02/18/21 PageID.27 Page 1 of 1

FILED
Feb 18 2021

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL TOPETE<br>AKA MANUEL ALEJANDRO TOPETE,<br><br>Defendant. | Magistrate Case No. 21MJ0415<br><br>ORDER OF REMOVAL<br>(Defendant Not In Custody)<br><br>**21-CR-80026-CANNON** |

A criminal complaint having been filed in the Southern District of Florida, charging defendant **MANUEL TOPETE AKA MANUEL ALEJANDRO TOPETE** with conspiracy to distribute controlled substances, in violation of Title 21, United States Code, Sections 846 and 841(a)(1). Defendant **MANUEL TOPETE AKA MANUEL ALEJANDRO TOPETE** was arrested on February 3, 2021, in the Southern District of California, pursuant to the out of district arrest warrant related to said complaint. Defendant **MANUEL TOPETE AKA MANUEL ALEJANDRO TOPETE** then posted a criminal bond and waived an identity hearing pursuant to Rule 5(c) of the Federal Rules of Criminal Procedure. Therefore,

IT IS HEREBY ORDERED that defendant **MANUEL TOPETE AKA MANUEL ALEJANDRO TOPETE** appear in the Southern District of Florida, Federal Building and United States Courthouse, 701 Clematis Street, West Palm Beach, Florida, on Friday, February 26, 2021 at 10:00 am for further proceedings or via video teleconference as instructed by your defense attorney.

DATED: 2/18/21.

HON. LINDA LOPEZ
United States Magistrate Judge
Southern District of California

2021 FEB 19 AM 8:57
RECEIVED
U.S. MARSHALS-S/CA

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Southern District of California

FILED
FEB 16 2021

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 21-MJ-00415 |
| Manuel Alejandro Topete | ) | |
| | ) | Charging District's Case No. 21-8034-WM |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*    Southern District of Florida

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 2/17/2021

*Defendant's signature*

Brittany Sherron
*Signature of defendant's attorney*

Manuel Alejandro Topete
*Printed name of defendant's attorney*

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 21-mj-00415-AGS |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Manuel Topete | Booking No. 28642509 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 2/10/2021 the Court entered the following order:

[X] Defendant be released from custody.

[ ] Defendant placed on supervised / unsupervised probation / supervised release.

[ ] Defendant continued on supervised / unsupervised probation / supervised release.

[X] Defendant released on $40,000 P/S Bond posted.

[ ] Defendant appeared in Court. FINGERPRINT & RELEASE.

[ ] Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated.

[ ] Defendant sentenced to TIME SERVED, supervised release for _____ years.

[ ] Bench Warrant Recalled.

[ ] Defendant forfeited collateral.

[ ] Case dismissed.

[ ] Case dismissed, charges pending in case no.

[X] Defendant to be release to Pretrial Services for electronic monitoring.

[X] Other. Defendant is to be released on 2/11/2021 by 8:00 a.m. to PTSO Jeff Larsen 619-520-8855 for electronic monitoring.

ANDREW G. SCHOPLER
UNITED STATES DISTRICT/MAGISTRATE JUDGE
OR
JOHN MORRILL, Clerk of Court
by Y. Barajas x. 6703

2/10/21
Electronically Sent to USMS

MMR ok

Crim-9 (Rev. 05/20)
Original

# Yesenia Barajas

| | |
|---|---|
| **From:** | Garcia, Melissa (USMS) <> on behalf of CAS Releases <CAS.Releases@usdoj.gov> |
| **To:** | Yesenia Barajas |
| **Sent:** | Wednesday, February 10, 2021 4:09 PM |
| **Subject:** | Read: 21MJ0415-AGS Abstract |

Your message

  To: CAS Releases
  Subject: 21MJ0415-AGS Abstract
  Sent: Wednesday, February 10, 2021 4:06:19 PM (UTC-08:00) Pacific Time (US & Canada)

 was read on Wednesday, February 10, 2021 4:04:56 PM (UTC-08:00) Pacific Time (US & Canada).

AO 199A (Rev. 08/04/2020) Order Setting Conditions of Release (Modified)    Page 1 of 2

Case 3:21-mj-00415-AGS   Document 10   Filed 02/08/21   PageID.23   Page 1 of 2
Case 3:21-cr-02660-AJB-AGS   Document 50-1   Filed 12/08/21   PageID.230   Page 5 of 12

# UNITED STATES DISTRICT COURT
for the Southern District of California

United States of America )
v. )
) Case No. 3:21-MJ-0415-AGS
Manuel TOPETE )
Defendant

GRS

## PRETRIAL RELEASE ORDER

IT IS ORDERED that the defendant's release is subject to these conditions:

### Mandatory Conditions

(1) The defendant must not violate federal, state, or local law during the period of release.
(2) The defendant must cooperate in the collection of a DNA sample as authorized by 42 U.S.C. § 14135a.

### Standard Conditions
*(Each Standard Condition applies, unless stricken.)*

(3) The defendant must appear in court as ordered and surrender as directed to serve any sentence.
(4) The defendant must not possess or attempt to possess a firearm, destructive device, or other dangerous weapon. The defendant must legally transfer all firearms, as directed by Pretrial Services.
(5) The defendant must not use or possess a narcotic drug or other controlled substance without a lawful medical prescription. The defendant must not use or possess marijuana under any circumstances.
(6) The defendant must report to the U.S. Pretrial Services Office (telephone (619) 557-5738) on the day of the initial court appearance or within 24 hours of the defendant's release from custody, whichever is later. Throughout this case, the defendant must report as directed by the Pretrial Services Office and follow all directions of the Pretrial Services Office.
(7) The defendant must advise the Court or the Pretrial Services Office in writing of: (1) the defendant's current residence address and phone number, when first reporting to Pretrial Services; and (2) any new contact information, before making any change of residence or phone number.
(8) The defendant must read this Pretrial Release Order and the "Advice of Penalties and Sanctions" form, or have them read to the defendant in the defendant's native language. The defendant must acknowledge the defendant's understanding of all the pretrial release conditions and the penalties and sanctions for any violations, by signing the "Advice of Penalties and Sanctions" form.
(9) Restrict travel to: ☒ San Diego County   ☐ Imperial County   ☐ State of California
   ☐ Orange County and Los Angeles County
   ☐ CDCA (L.A., Orange, Riverside, San Bernardino, S.L.O., Santa Barbara, Ventura)
   ☒ Do not enter Mexico   ☒ Other Travel Restriction: **WITH PTS'S APPROVAL, TRAVEL**
   ☒ Travel may be expanded within the State of California, in PTS's discretion **TO FLORIDA**
   ☒ Any travel outside the SDCA will be at defendant's own expense. **FOR COURT**

### Additional Conditions

(10) ☐ (a) The defendant is released on personal recognizance.
     ☒ (b) The defendant must execute an appearance bond in the amount of $ **40,000** that is:
       ☐ Unsecured. Defendant's own signature.
       ▪ Secured, as set forth below. The Court finds that an unsecured bond will not reasonably assure the defendant's appearance as required and/or will endanger the safety of another person or the community.

   **EITHER OR** → Security: ☒ The co-signatures of **1** financially responsible (~~and related~~) adults or _____
       ☒ A cash deposit with the Court of $ **5,000** by defendant or surety.
       ☒ A trust deed to the United States on real property approved by a federal judge.
       ☐ A cash bond and/or a bail bond by an approved, solvent corporate surety. A corporate bail bond must cover all conditions of release, not just appearances.
       ☐ Other: _____.
     Hearing: ☐ Surety examination   ☒ Nebbia hearing (bail source hearing) → **FOR ANY R/P**

(11) ☐ 18 U.S.C. § 3142(d) hold until _____; if no detainer is lodged by then, these conditions take effect.

(12) The defendant must:
- ☑ (a) actively seek or continue full-time employment, or schooling, or a combination of both.
- ☑ (b) reside (☑) with a family member, surety, or _____, or
  (☑) at a residence approved by the Pretrial Services Office, including any contract facility.
- ☑ (c) surrender any valid passport to the Pretrial Services Office and not obtain a passport or other international travel document.
- ☐ (d) clear all warrants/FTAs and pay all fines within 90 days of release or as directed by the PTS Office.
- ☐ (e) submit to psychological/psychiatric treatment at Pretrial Services' discretion.
- ☑ (f) submit to drug/~~alcohol~~ testing no more than **8** times per month and/or outpatient substance abuse therapy and counseling, as directed by the Pretrial Services Office. Testing may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Pretrial Services need not notify the Court of test results attributed to residual elimination.
- ☐ (g) take two drug tests. If both tests are negative (or show only residual elimination of marijuana), no further testing is authorized.
- ☐ (h) not use alcohol at all.
- ☐ (i) not have a blood alcohol content (BAC) of .08% or more.
- ☐ (j) participate in and complete a program of inpatient substance abuse therapy and counseling, as directed by the Pretrial Services Office.
- ☐ (k) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
- ☑ (l) participate in the Location Monitoring Program (except during any in-patient treatment program) and comply with its requirements as directed under the following component and technology:
  - ☑ (i) **Curfew.** You are restricted to your residence (☐) every day from _____ to _____, or (☑) as directed by the pretrial services office or supervising officer.
  - ☐ (ii) **Home Detention.** You are restricted to your residence at all times except for Pretrial Services-approved absences for: employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; Court-ordered obligations; or other activities.
  - ☐ (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for Court-approved absences for medical necessities, court appearances, or other activities.
  Technology: ☑ PTS Discretion ☐ GPS ☐ Radio Frequency ☐ Smart Link ☐ Voice Recognition
  ☑ You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services officer.
  ☑ Defense counsel must notify Pretrial Services upon submission of bond paperwork; defendant to be released from custody to Pretrial Services the following business day by 10:00 a.m. and Pretrial Services or a PTS-approved third party to transport if needed.
- ☐ (m) return to custody each _____ at _____ AM/PM after being released at _____ AM/PM for employment, schooling, or the following purposes: _____
- ☐ (n) remain in the custody of _____, who will supervise the defendant and notify the Court immediately if the defendant violates any conditions of release.
- ☐ (o) not drive a vehicle without a valid U.S. driver license and current insurance.
- ☑ (p) Pretrial Services may disclose confidential information to third parties for the purposes of securing community resources.
- ☐ (q) Unless the Court has previously approved defendant's completed bond packet, defendant must self-surrender to the U.S. Marshals Service by noon on _____.
- ☐ (r) **Adam Walsh Act:** See attached Addendum for additional conditions.
- ☐ (s) Other conditions: _____

(13) ☐ All conditions previously set will remain the same.

Dated: 2/4/2021

Honorable Andrew G. Schopler, U.S. Magistrate Judge

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Manuel TOPETE,<br><br>        Defendant. | Case No.: 3:21-MJ-0415-AGS<br><br>**ORDER** |

  The Court orders the United States to comply with the continuing duty to disclose evidence which is favorable to the defendant as required by Brady v. Maryland, 373 U.S. 83 (1963), and its progeny. Upon finding that the government has failed to comply with this order, the Court may, as appropriate, order the production of such information, grant a continuance, impose evidentiary sanctions, or, in extreme cases, dismiss charges.

Dated: 2/4/2021

                 Hon. Andrew G. Schopler
                 United States Magistrate Judge

**Query**     **Reports**     **Utilities**     **Help**     **What's New**     **Log Out**

CLOSED,BONDSIG,BRADY,GPS

# U.S. District Court
## Southern District of California (San Diego)
## CRIMINAL DOCKET FOR CASE #: 3:21-mj-00415-AGS All Defendants

Case title: USA v. Topete

Date Filed: 02/04/2021

Date Terminated: 02/18/2021

Assigned to: Magistrate Judge Andrew G. Schopler

**Defendant (1)**

**Manuel Topete**
*TERMINATED: 02/18/2021*
28642509
*also known as*
Manuel Alejandro Topete
*TERMINATED: 02/18/2021*

represented by **Federal Defenders**
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101-5008
(619)234-8467
Fax: (619)687-2666
Email: cassd_ecf@fd.org
*TERMINATED: 02/05/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Elizabeth M. Barros**
Federal Defenders of San Diego, Inc.
225 Broadway
Suite 900
San Diego, CA 92101
(619) 234-8467
Fax: (619) 687-2666
Email: elizabeth_barros@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Brittany L. Sherron**
Federal Defenders of San Diego, Inc.
225 Broadway
San Diego, CA 92101

619-234-8467
Email: brittany_sherron@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**                                **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                             **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                    **Disposition**

21:846, 841(a)(1) - Conspiracy to
Distribute Controlled Substances

---

**Plaintiff**

**USA**                             represented by   **U S Attorney CR**
                                                     U S Attorneys Office Southern District of
                                                     California
                                                     Criminal Division
                                                     880 Front Street
                                                     Room 6293
                                                     San Diego, CA 92101
                                                     (619)557-5610
                                                     Fax: (619)557-5917
                                                     Email: Efile.dkt.gc2@usdoj.gov
                                                     *TERMINATED: 02/05/2021*
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Designation: Assistant United States*
                                                     *Attorney*

                                                     **Francisco Anaya Nagel**
                                                     United States Attorney's Office
                                                     880 Front Street
                                                     Room 6293
                                                     San Diego, CA 92101
                                                     619-546-6745

Email: francisco.nagel@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United States Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/03/2021 | | Arrest of Manuel Topete (no document attached) (aef) (Entered: 02/04/2021) |
| 02/04/2021 | [1](#) | OUT OF DISTRICT COMPLAINT as to Manuel Topete. (Attachments: # [1](#) Info Sheet)(aef) (Entered: 02/04/2021) |
| 02/04/2021 | 2 | Set/Reset Duty Hearings as to Manuel Topete: Initial Appearance - ODC set for 2/4/2021 before Magistrate Judge Andrew G. Schopler. (no document attached) (lrc) (Entered: 02/04/2021) |
| 02/04/2021 | 3 | Set/Reset Duty Hearings as to Manuel Topete: Detention Hearing set for 2/5/2021 before Magistrate Judge Andrew G. Schopler. (no document attached) (lrc) (Entered: 02/04/2021) |
| 02/04/2021 | [6](#) | ORDER as to Manuel Topete: The Court orders the United States to comply with the continuing duty to disclose evidence which is favorable to the defendant as required by Brady v. Maryland, 373 U.S. 83 (1963), and its progeny. Upon finding that the government has failed to comply with this order, the Court may, as appropriate, order the production of such information, grant a continuance, impose evidentiary sanctions, or, in extreme cases, dismiss charges. Signed by Magistrate Judge Andrew G. Schopler on 2/4/21. (aje) (Entered: 02/05/2021) |
| 02/04/2021 | 7 | Minute Entry for proceedings held before Magistrate Judge Andrew G. Schopler: Initial Appearance - Out of District Complaint as to Manuel Topete held on 2/4/2021. Defendant consents to VTC. The Court accepts oral proffer and confirms the appointment of counsel. Federal Defenders appointed for Manuel Topete. Detention Hearing as to Manuel Topete held on 2/4/2021. USA oral motion for detention (Flight); hearing continued to 2/5/2021 at 2:00pm before Magistrate Judge Andrew G. Schopler. ( Removal/ID Hearing set for 2/18/2021 09:30 AM before Magistrate Judge Andrew G. Schopler.) <br><br>As required by Rule 5(f), the US is ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.(CD# 2/4/2021 AGS 21-1:2:34-3:03). (Plaintiff Attorney John Scannelle AUSA). (Defendant Attorney Blake Eaton FD-S/A). (no document attached) (aje) (Entered: 02/05/2021) |
| 02/04/2021 | 8 | ***English. No Interpreter needed as to Manuel Topete (no document attached) (aje) (Entered: 02/05/2021) |
| 02/05/2021 | [4](#) | NOTICE OF ATTORNEY APPEARANCE: Elizabeth M. Barros appearing for Manuel Topete (Barros, Elizabeth)Attorney Elizabeth M. Barros added to party Manuel Topete(pty:dft) (smd). (Entered: 02/05/2021) |

| | | |
|---|---|---|
| 02/05/2021 | 5 | NOTICE OF ATTORNEY APPEARANCE Francisco Anaya Nagel appearing for USA. (Nagel, Francisco)Attorney Francisco Anaya Nagel added to party USA(pty:pla) (smd). (Entered: 02/05/2021) |
| 02/05/2021 | 9 | Minute Entry for proceedings held before Magistrate Judge Andrew G. Schopler: Detention Hearing as to Manuel Topete held on 2/5/2021. USA oral motion for detention (FLight); motion denied as to Manuel Topete. Bond set at $40,000 PS secured by 1 FRA and $5,000 cash deposit and GPS OR Trust Deed for real property with nebbia hearing and GPS monitoring. Conditions are stayed until COB 2/8/2021. (CD# 2/5/2021 AGS 21-1:2:00-2:17). (Plaintiff Attorney Christopher Alexander AUSA). (Defendant Attorney Elizabeth Barros FD). (no document attached) (aje) (Entered: 02/08/2021) |
| 02/08/2021 | 10 | ORDER Setting Conditions of Release. Bond set for Manuel Topete (1) $40,000 P/S.. Signed by Magistrate Judge Andrew G. Schopler on 2/4/2021. (smd) (Entered: 02/08/2021) |
| 02/10/2021 | 11 | NOTICE OF ATTORNEY APPEARANCE: Brittany L. Sherron appearing for Manuel Topete *as Co-Counsel* (Sherron, Brittany)Attorney Brittany L. Sherron added to party Manuel Topete(pty:dft) (smd). (Entered: 02/10/2021) |
| 02/10/2021 | 12 | P/S Bond Filed as to Manuel Topete in amount of $ $40,000, Receipt # CAS 127556. Signed by Magistrate Judge Andrew G. Schopler on 2/10/2021. (Document applicable to USA, Manuel Topete.) (yeb) (Main Document 12 replaced on 2/16/2021, Bond packet completed, NEF regenerated) (yeb). Modified on 2/16/2021 (yeb). (Entered: 02/10/2021) |
| 02/10/2021 | 13 | ABSTRACT OF ORDER Releasing Manuel Topete. Defendant is ordered to sign a complete bond package by 2/19/2021 or self surrender to USM. Signed by Magistrate Judge Andrew G. Schopler on 2/10/2021. (Attachments: # 1 USM Confirmation) (yeb) (Entered: 02/10/2021) |
| 02/16/2021 | 14 | NOTICE OF CHANGE OF HEARING as to Defendant Manuel Topete. On the Court's own motion, the Removal/ID Hearing is reset for 2/18/2021 at 9:30 AM before Magistrate Judge Barbara Lynn Major. (yeb) (Entered: 02/16/2021) |
| 02/16/2021 | 15 | NOTICE OF CHANGE OF HEARING as to Defendant Manuel Topete. On the Court's own motion, the Removal/ID Hearing is reset for 2/18/2021 at 11:15 AM before Magistrate Judge Andrew G. Schopler. (yeb) (Entered: 02/16/2021) |
| 02/17/2021 | 16 | NOTICE OF CHANGE OF HEARING JUDGE ONLY as to Defendant Manuel Topete. On the Court's own order, the Removal/ID Hearing is reset for 2/18/2021 at 11:15 AM before Magistrate Judge Linda Lopez. (yeb) (Entered: 02/17/2021) |
| 02/18/2021 | 17 | Minute Entry for proceedings held before Magistrate Judge Linda Lopez: Removal/ID Hearing as to Manuel Topete held on 2/18/2021. Dft consents to VTC, Admits ID, and waives hearing. The Court Orders defendant removed. (CD# 2/18/2021 LL 1130-1137). (Plaintiff Attorney David Berman AUSA). (Defendant Attorney Brittany Sherron S/A). (no document attached) (ecf) (Entered: 02/18/2021) |
| 02/18/2021 | 18 | WAIVER of Rule 5 Hearings by Manuel Topete (zda) (Entered: 02/19/2021) |
| 02/18/2021 | 19 | DOCUMENT FILED IN ERROR (zda) (Entered: 02/19/2021) |

| | | |
|---|---|---|
| 02/18/2021 | 20 | ORDER OF REMOVAL to Southern District of Florida as to Manuel Topete. Signed by Magistrate Judge Linda Lopez on 2/18/2021. (zda) (Entered: 02/19/2021) |
| 02/18/2021 | 21 | NOTICE to Receiving District: **(Southern District of Florida)**, of Case Removal, as to Manuel Topete. The following documents are available on the public docket: 10 Order Setting Conditions of Release (Pretrial Release Order), 6 Order re Rule 5(f) Advisal - Brady Advisal,, 5 Notice of Attorney Appearance - USA, 13 Abstract of Order, 18 Waiver of Rule 5 Hearings, 11 Notice of Attorney Appearance - Defendant, 1 Out of District Complaint, 4 Notice of Attorney Appearance - Defendant. Additional documents will be sent via Email. To request additional transfer information and/or to submit acknowledgment re receipt of transfer, please email InterdistrictTransfer_CASD@casd.uscourts.gov. (zda) (Entered: 02/19/2021) |