UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-80026-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALIREZA HENDIJANI, et al.,

    Defendants.
_____/

**NOTICE OF APPEARANCE FOR CRIMINAL FORFEITURE**

The United States of America hereby gives notice that Assistant United States Attorney William T. Zloch has been assigned to this case with responsibility for matters related to criminal forfeiture.

Respectfully Submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:    */s/ William T. Zloch*
WILLIAM T. ZLOCH (Florida Bar No. 0105619)
ASSISTANT UNITED STATES ATTORNEY
Email: William.zloch@usdoj.gov
United States Attorney's Office
500 S. Australian Ave. Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 820-8777

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 15, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

/s/William T. Zloch
William T. Zloch
Assistant United States Attorney