UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-80026-CR-CANNON

**UNITED STATES OF AMERICA**,
        Plaintiff,

v.

**MANUEL TOPETE**,
        Defendant.
_____/

## ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

This matter is before this Court pursuant to Defendant's Unopposed Motion for Modifying Conditions of Release, filed August 13, 2021 [ECF No. 113]. The Court being fully advised in the premise, and the Government and United States Probation each having no objection, it is hereby,

**ORDERED AND ADJUDGED** that Defendant's Unopposed Motion [ECF No. 113] to Modifying Conditions of Release is hereby **GRANTED.** Defendant's conditions of supervision are modified as follows:

Defendant shall be placed on Global Positioning System to be monitored by Stand Alone Monitoring by Pretrial Services.

**DONE AND ORDERED** at Fort Pierce, Florida, this 18th day of August 2021.

                                              AILEEN M. CANNON
                                              UNITED STATES DISTRICT JUDGE

cc:    counsel of record
        U.S. Probation Office