UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80026-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**MANUEL TOPETE**,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce Reinhart Following Change of Plea Hearing [ECF No. 103]. On August 4, 2021, Magistrate Judge Reinhart held a Change of Plea hearing during which Defendant pled guilty to Count One of the Indictment pursuant to a written plea agreement and factual proffer statement [ECF No. 100]. Magistrate Judge Reinhart thereafter issued a Report and Recommendation on Change of Plea [ECF No. 103]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 103] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Manuel Topete as to Count One of the Indictment is **ACCEPTED**;

3. Defendant Manuel Topete is adjudicated guilty of Count One of the Indictment [ECF No. 44]. Count One charges Defendant with conspiracy to possess with intent to

CASE NO. 21-80026-CR-CANNON

distribute, and distribute, 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, in violation of 21 U.S.C. §§ 846, 841(a), and 841(b)(1)(A) [ECF No. 44].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 30th day of August 2021.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record