```
Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 1
Receipt Number: FLS100242577
Cashier ID: asanche2
Transaction Date: 12/28/2021
Payer Name: U S TREASURY
--------------------------------
TREASURY REGISTRY
 For: MANUEL TOPETE
 Case/Party: D-FLS-9-21-CR-080026-008
 Amount:          $5,000.86
--------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 403932137652
 Amt Tendered:    $5,000.86
--------------------------------
Total Due:       $5,000.86
Total Tendered:  $5,000.86
Change Amt:         $0.00

REMITTER:
U S TREASURY
CA S/D

Returned check fee $53


Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```